UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARGARITO ZAMORA VAZQUEZ,

Petitioner,

v. Case No.: 2:26-cv-02855-SPC-KRH

DAVID HARDIN *et al.*,

Respondents.

______________________________/

**OPINION AND ORDER**

Before the Court are Margarito Zamora Vazquez's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Zamora Vazquez is a national and citizen of Mexico who entered the United States without inspection—the record does not reflect when. On August 9, 2026, Immigration and Customs Enforcement (ICE) arrested Zamora Vazquez and commenced removal proceedings. On August 25, 2026, an immigration judge found Zamora Vazquez to be a danger to the community based on prior arrests and traffic infractions and a flight risk based on the *Guerra* factors. (Doc. 5-1 at 11). On September 24, 2026, the immigration judge ordered Zamora Vazquez removed to Mexico. Zamora Vazquez appealed, so the removal order is not administratively final.

In his habeas petition, Zamora Vazquez argues he should not be deported because he never broke any laws and is waiting on final approval of his request

for admission documents. This Court does not have jurisdiction to decide whether he should be deported. *See* 8 U.S.C. § 1252(g). And to the extent Zamora Vazquez challenges the legality of his detention, no ground in his petition warrants habeas relief. Based on the record before the Court, it appears Zamora Vazquez has received due process. Accordingly, Zamora Vazquez's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on November 5, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record